# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.

DONALD TAGGART

| | |
|---|---|
| Case Number: | 4:07-CR-00142-01-JLH |
| USM Number: | 24661-009 |

**Date of Original Judgment:**     December 8, 2008

**Date of Previous Amended Judgment:** March 23, 2010     Kim Driggers
*(Use Date of Last Amended Judgment if Any)*                    Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of   **X** the defendant     ☐ the Director of the Bureau of Prisons     ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline
sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing
Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account
the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a),
to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
     ☐ DENIED.
     **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
          126 months **is reduced to 117 months.**

Except as provided above, all provisions of the judgment dated December 8, 2008 will remain in effect.

**IT IS SO ORDERED.**

Order Date: December 20, 2011

_____
United States District Judge