IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                              No. 4:07CR00142-01 JLH

DONALD TAGGART                                                                    DEFENDANT

**ORDER**

Pending are defendant's motion to reduce sentence under 18 U.S.C. § 3582 and motion for extension of time. Defendant requests that the Court "reconsider his 168 month sentence and further reduce his sentence to 88 months" because of conflicts between the statute and Guidelines. Document #112.

On December 20, 2011, defendant's first § 3582 motion was granted and his sentence was reduced from 126 months to 117 months. *See* Document #107. The 117 months was based on 42 months on Count 1 and 75 consecutive months on Count 2.

Nothing has happened since December 20, 2011, that would warrant an additional reduction, and the arguments set out in defendants' motion are without merit.

Accordingly, the defendant's second motion to reduce sentence under 18 U.S.C. § 3582 is DENIED. Document #112. The motion for extension of time is DENIED. Document #111.

IT IS SO ORDERED this 12th September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE